UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Demetrius James Jr.**                    **Docket No. 5:04-CR-262-1FL**

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Demetrius James Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 21, 2005, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On August 12, 2008, the defendant's imprisonment sentence was reduced to 168 months pursuant to Rule 35.

Daniel Demetrius James Jr. was released from custody on July 1, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** While incarcerated, the defendant underwent psychiatric/mental health treatment after experiencing homicidal thoughts. James was diagnosed with Antisocial Personality Disorder; Anxiety; Depression, and Bipolar Disorder. He is currently taking medication for these issues. In order to continue mental health treatment and more closely monitor his compliance with treatment, is respectfully recommended that his conditions be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Eddie J. Smith                        /s/ Debbie W. Starling
Eddie J. Smith                            Debbie W. Starling
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-483-8613
                                          Executed On: July 29, 2016

## ORDER OF THE COURT

Considered and ordered this ___1st___ day of ___August___, 2016, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
_____
Louise W. Flanagan
U.S. District Judge